# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DAVID TROUPE

*Plaintiff*

v.

LISA MORROW, et al.

*Defendant*

Civil Action No. 4:18-CV-5041-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Action is DISMISSED without prejudice for failure to comply with 28 U.S.C. § 1914.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson

Date: April 6, 2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Jaime M. White
*(By) Deputy Clerk*

Jaime M. White